

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00573-CR

Patrick Kelly **PALMER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10086
Honorable Mary D. Roman, Judge Presiding

# O R D E R

After we granted Appellant's first motion for a thirty-day extension of time to file the brief, his brief was due on December 30, 2016. On the due date, Appellant filed a second motion for extension of time; Appellant asked for an additional thirty days to file the brief, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant's brief is due on January 30, 2017.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

Keith E. Hottle
Clerk of Court